IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSE LUIS CRUZ,

    Petitioner,

v.                                              Civil Action No. **3:14CV22**

**HAROLD W. CLARKE,**

    Respondent.

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1.     Cruz's objections are OVERRULED.

2.     The Report and Recommendation is ACCEPTED and ADOPTED.

3.     Respondent's Motion to Dismiss (ECF No. 8) is GRANTED.

4.     Cruz's claims and the action are DISMISSED.

Should Cruz desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Cruz and counsel of record.

And it is so ORDERED.

Date: 3/2/15
Richmond, Virginia

/s/ _____
John A. Gibney, Jr.
United States District Judge